# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY HANCE, JR.**                                                   **PLAINTIFF**

**v.**                  **Case No: 4:25-cv-00469-LPR-JTK**

**C. WATKINS,** *et al.*                                                **DEFENDANTS**

## ORDER

Plaintiff Jerry Hance, Jr. filed a *pro se* complaint on May 9, 2025, while in custody at the Faulkner County Detention Center.[1] On November 7, 2025, mail sent to Plaintiff at his last-known address was returned to the Court as undeliverable.[2] On November 12, 2025, the Court entered an Order directing Plaintiff to provide the Court a valid mailing address within thirty days.[3] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Plaintiff has not complied with, or otherwise responded to, the Court's November 12, 2025 Order, and the time for doing so has expired.[5] Plaintiff's Amended Complaint (Doc. 9) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. Defendants' pending Motion for Summary Judgment (Doc. 29) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1). Plaintiff filed his Amended Complaint (Doc. 9) on June 27, 2025.

[2] *See* Doc. 33.

[3] Order (Doc. 34). The Order was entered by United States Magistrate Judge Jerome T. Kearney.

[4] *Id*.

[5] Mail sent by the Court to Plaintiff at his address of record continues to be returned as undeliverable. *See* Docs. 35 & 36.

IT IS SO ORDERED this 6th day of January 2026.

                                                                                  _____
                                                                                   LEE P. RUDOFSKY
                                                                                    UNITED STATES DISTRICT JUDGE